In the Matter of JAMES MICHALEK, an Attorney.—A

certified copy of a judgment of conviction having been filed showing that James Michalek was convicted, following a trial of scheme to defraud in the first degree, one count, fraud in the sale of securities, eight counts and violations of General Business Law § 352-e (1) (a), the attorney is disbarred and his name is stricken from the roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Order entered Aug. 26, 1991.)